■ In the Matter of the LEGAL AID SOCIETY OF NASSAU COUNTY, N. Y. et al., Appellants, v. ALFRED SAMENGA, a Judge of the District Court of Nassau County, et al., Respondents.— In a proceeding pursuant to article 78 of the CPLR for a judgment directing that petitioner Legal Aid Society of Nassau County, N. Y., by its attorney, James J. McDonough, be permitted to represent a certain defendant in the District Court of Nassau County on a pending charge of violating subdivision 4 of section 1192 of the Vehicle and Traffic Law, petitioners appeal from a judgment of the Supreme Court, Nassau County, entered October 21, 1971, which denied the application. Judgment reversed, on the law, without costs, and petition granted (see *Matter of Legal Aid Soc. of Nassau County, N. Y.* v. *Samenga,* 39 A D 2d 912). Rabin, P. J., Hopkins, Munder, Gulotta and Brennan, JJ., concur.

■ In the Matter of the LEGAL AID SOCIETY OF NASSAU COUNTY, N. Y. et al., Appellants, v. ALFRED SAMENGA, a Judge of the District Court of Nassau County, et al., Respondents.— In a proceeding pursuant to article 78 of the CPLR for a judgment directing that petitioner Legal Aid Society of Nassau County, N. Y., by its attorney, James J. McDonough, be permitted to represent a certain defendant in the District Court of Nassau County on a pending charge of violating subdivisions 5 and 6 of section 240.20 of the Penal Law, petitioners appeal from a judgment of the Supreme Court, Nassau County, entered October 21, 1971, which denied the application. Judgment reversed, on the law, without costs, and petition granted (see *Matter of Legal Aid Soc. of Nassau County, N. Y.* v. *Samenga,* 39 A D 2d 912). Rabin, P. J., Hopkins, Munder, Gulotta and Brennan, JJ., concur.